**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VW CREDIT LEASING, LTD, | No. 4:24-CV-00145 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| BOROUGH OF STATE COLLEGE, PENNSYLVANIA, | |
| Defendant. | |

## ORDER

**MARCH 25, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Plaintiff's Motion for Summary Judgment (Doc. 46) is **GRANTED** as to Count II, and **DENIED** as to Counts I and III;

2.    Declaratory Judgment is entered in favor of Plaintiff and against Defendant that:

   a.    As of 2022, the Borough of State College, Pennsylvania's policy of seizing and impounding vehicles violated the Due Process Clause of the Fourteenth Amendment of the United States Constitution. Relevant actions taken in accordance with the policy in that form violate the constitutional rights of persons subject to that policy;

3.    Defendant's Motion for Summary Judgment (Doc. 48) is **GRANTED** as to Counts I and III, and **DENIED** as to Count II;

4.    Final Judgment is entered in favor of Defendant and against Plaintiff on Counts I and III; and

5.    Plaintiff's Motion for Sanctions (Doc. 64) is **GRANTED**;

   a.    Pursuant to Fed. R. Civ. P. 11(c)(6), I conclude that State College failed to provide evidence to support its assertion that it submitted an abandoned vehicle form to PennDOT, and that by doing so it violated Fed. R. Civ. P. 11(b)(3);

   b.    As a sanction, I deem it undisputed that State College did not submit an abandoned vehicle form to PennDOT;

6.    Defendant's Motion for Sanctions (Doc. 61) is **DEFERRED** pending damages and fees briefing; and

7.    Within twenty-eight (28) days of this Order, the parties shall jointly submit a proposed scheduling order regarding motions for compensatory damages and attorneys' fees.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2